David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
H.P. SEARS CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER, | CASE NO. |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| H.P. SEARS CO., INC., and Does 1 to 20, | |
| Defendant. | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant H.P. SEARS CO., INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

## INTRODUCTION

1. Defendant is H.P. SEARS CO., INC. ("Defendant"); Plaintiff is WENDY WARSHAUER ("Plaintiff").

{00017754;1}

1

2.  Upon information and belief, Plaintiff initially filed this case on April 14, 2014 in the Superior Court of California, County of Kern, Case No. S-1500-CL 284531. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3.  On May 6, 2014 Defendant was personally served with the Summons and a copy of Plaintiff's Complaint.

4.  As Defendant received Plaintiff's Complaint on May 6, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## A. BASIS FOR REMOVAL

5.  Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act and 47 U.S.C. §§ 227 et seq. for alleged violations of the Telephone Consumer Protection Act. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6.  Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7.  Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

///

### B. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

### C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.*

DATED: June 4, 2014              CARLSON & MESSER LLP


                                 By: /s/ Tamar Gabriel
                                    David J. Kaminski
                                    Tamar Gabriel
                                    Attorneys for Defendant,
                                    H.P. SEARS CO., INC.