# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WARSHAUER,<br><br>Plaintiffs,<br><br>vs.<br><br>H.P. SEARS CO., INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. **1:14-CV-00848-AWI-JLT**<br><br>**ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated:   November 7, 2014                                    _____
                                                                SENIOR  DISTRICT  JUDGE